AO 442 (Rev. 01/09, MD 6/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the

District of Maryland

| | | |
|---|---|---|
| United States of America<br>v. | )<br>)<br>)<br>)<br>)<br>) | Case: 1:25-mj-00015<br>Assigned To : Harvey, G. Michael<br>Assign. Date : 1/17/2025<br>Description: ARREST RULE (5)<br><br>Case No. 8:19-cr-00545-DLB |
| **Shamire Moore**<br>*Defendant* | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    **Shamire Moore**                                          ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☒ SEALED Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:  positive drug test, failure to report, failure to provide approved Maryland residence, failure to follow USPO instructions, failure to report to substance abuse and mental health assessments, failure to submit urine sample, all as set forth on attached Sealed Petition

Date:    December 16, 2024

By: *Deputy Clerk*

Address:  6500 Cherrywood Lane
                Greenbelt, Md. 20770

Catherine M. Stavlas, Clerk
*Name and Title of Issuing Officer*

| Return |
|---|

This warrant was received on *(date)* 12/16/24 , and the person was arrested on *(date)* 1/17/25
at *(city and state)* DC .

Date: 1/17/25

*Arresting officer's signature*

Trejo  31634
*Printed name and title*